

# NUMBER 13-25-00097-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**AARON MALONE TDCJ NO. 1697643,**                                    **Appellant,**

**v.**

**TEXAS DEPARTMENT OF CRIMINAL
JUSTICE, ET AL.,**                                                    **Appellee.**

---

## ON APPEAL FROM THE 36TH DISTRICT COURT
## OF BEE COUNTY, TEXAS

---

## MEMORANDUM OPINION

**Before Justices Silva, Peña, and West
Memorandum Opinion by Justice Silva**

This matter is before the Court on its own motion. Appellant filed a notice of appeal attempting to appeal a judgment in trial court cause number BCV1521019. On July 31, 2025, the Clerk of the Court notified appellant that his brief was due on or before August 29, 2025. On September 17, 2025, the appellant was notified via certified mail that his

brief was past due. Appellant was further notified that if he fails to reasonably explain the failure to timely file a brief within ten days from the date of the notice, the appeal would be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c). On September 29, 2025, this Court received the return receipt post card indicating the notice had been received, as addressed. However, on October 6, 2025, this Court received the certified mail returned with a note "RTS Refused by inmate."

To date, appellant has failed to file a brief and has not otherwise responded to the Clerk of the Court's notices. Accordingly, the appeal is dismissed for want of prosecution. *See id.*

CLARISSA SILVA
Justice

Delivered and filed on the
20th day of November, 2025.